379 A.2d 607

Commonwealth v. Roney, Appellant.

Submitted December 6, 1976. Joshua M. Briskin, for appellant; Pamela S. Simon and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.